# Exhibit A

PAGE   1

*State of Delaware*

## Office of the Secretary of State

---

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF INCORPORATION OF "PDV HOLDING, INC.",
FILED IN THIS OFFICE ON THE TWENTY-FIRST DAY OF APRIL, A.D.
1997, AT 3:30 O'CLOCK P.M.

A CERTIFIED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO
THE NEW CASTLE COUNTY RECORDER OF DEEDS FOR RECORDING.

*Edward J. Freel, Secretary of State*

2742595   8100

971128980

AUTHENTICATION:       8429959

DATE:

04-22-97

CERTIFICATE OF INCORPORATION

OF

PDV HOLDING, INC.

I, THE UNDERSIGNED, in order to form a corporation for the purposes hereinafter stated, under and pursuant to the provisions of the General Corporation Law of the State of Delaware, do hereby certify as follows:

FIRST:    The name of the corporation is PDV Holding, Inc. (hereinafter referred to as the "Corporation").

SECOND:    The registered office of the Corporation is to be located at 1209 Orange Street, in the City of Wilmington, in the County of New Castle, in the State of Delaware.  The name of its registered agent at that address is The Corporation Trust Company.

THIRD:    The purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of Delaware.

FOURTH:    The total number of shares of stock which the Corporation is authorized to issue is 100 shares of common stock and the par value of each of such shares is $00.01.

FIFTH:    The name and address of the incorporator is as follows:

NAME:    Propernyn, B.V.

ADDRESS:    Eisenhowerlaan 150
2517 KP, The Hague
The Netherland

SIXTH:    The following provisions are inserted for the management of the business and for the conduct of the affairs of the

Corporation, and for further definition, limitation and regulation of the powers of the Corporation and of its directors and stockholders:

(1) The number of directors of the Corporation shall be such as from time to time shall be fixed by, or in the manner provided in, the by-laws. Election of directors need not be by ballot unless the by-laws so provide.

(2) The Board of Directors shall have powers without the assent or vote of the stockholders to make, alter, amend, change, add to or repeal the by-laws of the Corporation; to fix and vary the amount to be reserved for any proper purpose; to authorize and cause to be executed mortgages and liens upon all or any part of the property of the Corporation; to determine the use and disposition of any surplus or net profits; and to fix the times for the declaration and payment of dividends.

(3) The directors in their discretion may submit any contract or act for approval or ratification at any annual meeting of the stockholders or at any meeting of the stockholders called for the purpose of considering any such act or contract, and any contract or act that shall be approved or be ratified by the vote of the holders of a majority of the stock of the Corporation which is represented in person or by proxy at such meeting and entitled to vote thereat (provided that a lawful quorum of stockholders be there represented in person or by proxy) shall be as valid and as binding upon the Corporation and upon all the stockholders as though it had been approved or ratified by every stockholder of the Corporation, whether or not the contract or act would otherwise be open to legal attack because of directors' interest, or for any other reason.

2

(4)    In addition to the powers and authorities hereinbefore or by statute expressly conferred upon them, the directors are hereby empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation; subject, nevertheless, to the provisions of the statutes of Delaware, of this certificate, and to any by-laws from time to time made by the stockholders; provided, however, that no by-laws so made shall invalidate any prior act of the directors which would have been valid if such by-law had not been made.

SEVENTH:    The Corporation shall, to the full extent permitted by Section 145 of the Delaware General Corporation Law, as amended from time to time, indemnify all persons whom it may indemnify pursuant thereto. The personal liability of the directors of the Corporation is hereby eliminated to the fullest extent permitted by paragraph (7) of subsection (b) of Section 102 of the General Corporation Law of the State of Delaware, as the same may be amended or supplemented.

EIGHTH:    Whenever a compromise or arrangement is proposed between the Corporation and its creditors or any class of them and/or between the Corporation and its stockholders or any class of them, any court of equitable jurisdiction within the State of Delaware, may, on the application in a summary way of the Corporation or of any creditor or stockholder thereof or on the application of any receiver or receivers appointed for the Corporation under the provisions of section 291 of Title 8 of the Delaware Code or on the application of trustees in dissolution or of any receiver or receivers appointed for the Corporation under the provisions of section 279 of Title 8 of the Delaware Code

3

order a meeting of the creditors or class of creditors, and/or of the stockholders or class of stockholders of the Corporation, as the case may be, to be summoned in such manner as the said court directs.  If a majority in number representing three-fourths in value of the creditors or class of creditors, and/or of the stockholders or class of stockholders of the Corporation, as the case may be, agree to any compromise or arrangement and to any reorganization of the Corporation as consequence of such compromise or arrangement, the said compromise or arrangement and the said reorganization shall, if sanctioned by the court to which the said application has been made, be binding on all the creditors or class of creditors, and/or on all the stockholders or class of stockholders, of the Corporation, as the case may be, and also on the Corporation.

NINTH:    The Corporation reserves the right to amend, alter, change or repeal any provision contained in this certificate of incorporation in the manner now or hereafter prescribed by law, and all rights and powers conferred herein on stockholders, directors and officers are subject to this  reserved power.

IN WITNESS WHEREOF, I have hereunto set my hand the twenty-first day of April, 1997.

Eduardo Blanco
Attorney-in fact, Propernyn, B.V.

4

*State of Delaware*

**PAGE   1**

# Office of the Secretary of State

---

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE RESTATED CERTIFICATE OF "PDV HOLDING, INC.", FILED IN THIS OFFICE ON THE TWENTY-FOURTH DAY OF SEPTEMBER, A.D. 1997, AT 10 O'CLOCK A.M.

A CERTIFIED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS FOR RECORDING.

*Edward J. Freel, Secretary of State*

2742595   8100

971320185

AUTHENTICATION:     8668015

DATE:

09-24-97

# AMENDED AND RESTATED CERTIFICATE OF INCORPORATION

## OF

## PDV HOLDING, INC.

This Amended and Restated Certificate of Incorporation, dated September 22, 1997, of PDV Holding, Inc., a corporation first incorporated by filing with the Secretary of the State of Delaware on April 21, 1997, has been duly adopted in accordance with Sections 242 and 245 of the General Corporation Law of the State of Delaware (the "*General Corporation Law*"). The Certificate of Incorporation is hereby amended and restated as set forth below.

FIRST:　　The name of the corporation is PDV Holding, Inc. (hereinafter referred to as the "*Corporation*").

SECOND:　　The registered office of the Corporation is located at 1209 Orange Street, in the City of Wilmington, in the County of New Castle, in the State of Delaware. The name of its registered agent at that address is The Corporation Trust Company.

THIRD:　　The purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law.

FOURTH:　　The total number of shares of stock which the Corporation is authorized to issue is 100 shares of common stock and the par value of each of such shares is $00.01.

FIFTH:　　The following provisions are inserted for the management of the business and for the conduct of the affairs of the Corporation, and for further definition, limitation and regulation of the powers of the Corporation and of its directors and stockholders:

(1)　　The number of directors of the Corporation shall be such as from time to time shall be fixed by, or in the manner provided in, the by-laws of the Corporation. Election of directors need not be by ballot unless the by-laws of the Corporation so provide.

(2)　　The Board of Directors shall have powers without the assent or vote of the stockholders to make, alter, amend, change, add to or repeal the by-laws of the Corporation, to fix and vary the amount to be reserved for any proper purpose; to authorize and cause to be executed mortgages and liens upon all or any part of the property of the Corporation; to determine the use and disposition of any surplus or net profits; and to fix the times for the declaration and payment of dividends.

(3)　　The directors in their discretion may submit any contract or act for approval or ratification at any annual meeting of the stockholders or at any meeting of the stockholder called for the purpose of considering any such act or contract, and any contract or act that shall be approved or be ratified by the vote of the holders of a majority of the stock of the Corporation which is represented in person or by proxy at such meeting and entitled to vote thereat (provided that a lawful quorum of stockholders be there represented in person or by

L&S/pdvholding.newcert

though it had been approved or ratified by every stockholder of the Corporation, whether or not the contract or act would otherwise be open to legal attack because of directors' interest or for any other reason.

(4)     In addition to the powers and authorizations herein or by statute expressly conferred upon them, the directors are hereby empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation; subject, nevertheless, to the provisions of the statutes of the State of Delaware, of this Amended and Restated Certificate of Incorporation, and to any by-laws of the Corporation from time to time in effect; *provided, however*, that no by-laws so made shall invalidate any prior act of the directors which would have been valid if such by-laws had not been made.

SIXTH:     The Corporation shall, to the fullest extent permitted by the General Corporation Law, in effect on the date hereof and to the fullest extent as applicable law may hereafter from time to time permit, indemnify all persons whom it may indemnify pursuant thereto.  The personal liability of the directors of the Corporation to the Corporation or its stockholders is hereby eliminated and limited, as the case may be, to the fullest extent permitted by the General Corporation Law, in effect on the date hereof and to the fullest extent as applicable law may hereafter from time to time permit.

SEVENTH:     Whenever a compromise or arrangement is proposed between the Corporation and its creditors or any class of them and/or between the Corporation and its stockholders or any class of them, any court of equitable jurisdiction within the State of Delaware may, on the application in a summary way of the Corporation or any creditor or stockholder thereof or on the application of any receiver or receivers appointed for the Corporation under the provisions of section 291 of Title 8 of the Delaware Code or on the application of trustees in dissolution or of any receiver or receivers appointed for the Corporation under the provisions of section 279 of Title 8 of the Delaware Code order a meeting of the creditors or class of creditors, and/or of the stockholders or class of stockholders of the Corporation, as the case may be, to be summoned in such manner as the said court directs.  If a majority in number representing three fourths in value of the creditors or class of creditors, and/or of the stockholders or class of stockholders of the Corporation, as the case may be, agree to any compromise or arrangement and to any reorganization of the Corporation as consequence of such compromise or arrangement, the said compromise or arrangement and the said reorganization shall, if sanctioned by the court to which the said application has been made, be binding on all the creditors or class of creditors, and/or on all the stockholders or class of stockholders, of the Corporation, as the case may be, and also on the Corporation.

EIGHTH:     The Corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation in the manner now or hereafter prescribed by law, and all rights and powers conferred herein on stockholder, directors and officers are subject to this reserved power.

3

IN WITNESS WHEREOF, an authorized officer of the Corporation has executed this Amended and Restated Certificate of Incorporation as of the date first above written.

By:_____

Name: José M. Portas

Title: Secretary

State of New York}
County of New York}

On this 22 day of September, 1997 before me personally came José M. Portas, to me known, who, being duly sworn, did depose and say that he is the Secretary of PDV Holding, Inc., a Delaware corporation and that he, being authorized to do so, has executed the foregoing Amended and Restated Certificate of Incorporation as the act and deed of the Secretary of PDV Holding, Inc. for uses and purposes set forth therein and hereby acknowledges that the facts stated therein are true.

Notary Public

ROSEANN L. APREA
NOTARY PUBLIC, State of New York
No. 03-4940990
Qualified in Bronx County
Commission Expires 8/15/98

PAGE   1

*State of Delaware*

## Office of the Secretary of State

---

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "PDV HOLDING, INC.", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF OCTOBER, A.D. 1997, AT 9 O'CLOCK A.M.

A CERTIFIED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS FOR RECORDING.

*Edward J. Freel, Secretary of State*

2742595   8100

971357681

AUTHENTICATION:                8717877

DATE:

10-23-97

Case 4:24-cv-02774 Document 17-1 Filed on 08/01/24 in TXSD Page 12 of 12

# CERTIFICATE OF AMENDMENT

## OF

## CERTIFICATE OF INCORPORATION

PDV Holding, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST:       That the Board of Directors of said corporation, by the unanimous written consent of its members, filed with the minutes of the Board, adopted a resolution proposing and declaring advisable the following amendment to the Certificate of Incorporation of said corporation:

RESOLVED,      that Article Fourth of the Corporation's Certificate of Incorporation be amended to read in its entirety as follows:

                FOURTH: The total number of shares of stock which the Corporation is authorized to issue is 1,000 shares of common stock and the par value of each of such shares is $1.00.

SECOND:      That in lieu of a meeting and vote of the sole stockholder, the sole stockholder has given written consent to said amendment in accordance with the provisions of Section 228 of the General Corporation Law of the State of Delaware.

THIRD:      That the aforesaid amendment was duly adopted in accordance with the applicable provisions of Sections 242 and 228 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, said PDV Holding, Inc., has caused this certificate to be signed by José M. Portas, its Secretary, this 23rd day of October, 1997.

PDV Holding, Inc.

By: _____

Name:  José M. Portas

Title:  Secretary