# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| **G&A STRATEGIC INVESTMENTS I LLC, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**PDV HOLDING, INC.,**<br><br>　　　　**Defendant.**<br><br>and<br><br>**PETRÓLEOS DE VENEZUELA, S.A.,**<br><br>　　　　**Intervening Defendant.** | [Removed from the District Court of Harris County, Texas, 129th Judicial District, Case No. 2024-36664]<br><br>Civ. Action No. 4:24-cv-02774 |

## DISCLOSURES PURSUANT TO RULE 7.1 AND THE COURT'S ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff G&A Strategic Investments I LLC, a Delaware Limited Liability Company, states that its sole member is G&A Strategic Holdings, LLC, a Delaware Limited Liability Company. Plaintiff G&A Strategic Investments II LLC, a Delaware Limited Liability Company, states that its sole member is G&A Strategic Holdings, LLC, a Delaware Limited Liability Company. Plaintiff G&A Strategic Investments III LLC, a Delaware Limited Liability Company, states that its sole member is G&A Strategic Holdings, LLC, a Delaware Limited Liability Company. Plaintiff G&A Strategic Investments IV LLC, a Delaware Limited Liability Company, states that

its sole member is G&A Strategic Holdings, LLC, a Delaware Limited Liability Company.  Plaintiff G&A Strategic Investments V LLC, a Delaware Limited Liability Company, states that its sole member is G&A Strategic Holdings, LLC, a Delaware Limited Liability Company.  Plaintiff G&A Strategic Investments VI LLC, a Delaware Limited Liability Company, states that its sole member is G&A Strategic Holdings, LLC, a Delaware Limited Liability Company.  Plaintiff G&A Strategic Investments VII LLC, a Delaware Limited Liability Company, states that its sole member is G&A Strategic Holdings, LLC, a Delaware Limited Liability Company.

A percentage of G&A Strategic Holdings, LLC is held by Gramercy Distressed Opportunity Fund II LP, a Cayman Limited Partnership.  One limited partner in Gramercy Distressed Opportunity Fund II LP is the Texas Tech University System ("Texas Tech"), a Texas state agency of higher education controlled by a board of regents appointed by the governor of Texas with the advice and consent of the Texas Senate; Texas Tech is a citizen of Texas.  In addition, a percentage of G&A Strategic Holdings, LLC is held by Gramercy Distressed Opportunity Fund III LP, a Cayman Limited Partnership.  One limited partner in Gramercy Distressed Opportunity Fund III LP is Texas Tech.  Another limited partner in Gramercy Distressed Opportunity Fund III LP is Texas Christian

University.  Texas Christian University is a nonprofit corporation, and a citizen of Texas.

Pursuant to the Court's Order for Conference and Disclosure of Parties, ECF No. 8, G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, and G&A Strategic Investments VII LLC disclose that the following parties are financially interested in the outcome of this litigation:

- G&A Strategic Investments I LLC
- G&A Strategic Investments II LLC
- G&A Strategic Investments III LLC
- G&A Strategic Investments IV LLC
- G&A Strategic Investments V LLC
- G&A Strategic Investments VI LLC
- G&A Strategic Investments VII LLC

The undersigned certifies that the foregoing is true and correct.

Dated: August 13, 2024                    Respectfully submitted,

/s/ *Justin Waggoner*
Justin Waggoner
State Bar No. 24003122
SDTX Tex. No. 23098
STEPTOE LLP
717 Texas Ave., Suite 2800
Houston, TX 77002
Tel: (713) 221-2343
Fax: (713) 221-2320
E-mail: jwaggoner@steptoe.com

Michael J. Baratz (*pro hac vice*)
Emma Marshak (*pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
E-mail: mbaratz@steptoe.com
E-mail: emarshak@steptoe.com

*Counsel for Plaintiffs*
*G&A Strategic Investments I LLC;*
*G&A Strategic Investments II LLC; G&A*
*Strategic Investments III LLC; G&A*
*Strategic Investments IV LLC; G&A*
*Strategic Investments V LLC; G&A*
*Strategic Investments VI LLC; and G&A*
*Strategic Investments VII LLC*

## **CERTIFICATE OF SERVICE**

    I certify that on August 13, 2024, a true and correct copy of the foregoing instrument was served on all counsel of record through the Court's electronic filing system.

/s/ *Justin Waggoner*
Justin Waggoner